IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

REBECCA TENNEY, as the duly appointed
Administrator of the Estate of Thomas
Allen Kuhns, deceased,

        Plaintiff,

v.                           //    CIVIL ACTION NO. 1:10CV144
                                    (Judge Keeley)

METROPOLITAN LIFE INSURANCE COMPANY,
a New York corporation, METROPOLITAN
ACCIDENTAL DEATH AND DISMEMBERMENT PLAN,
an Employee Welfare Benefit Plan, and
DOES 1 THROUGH 10, inclusive,

        Defendants.

## ORDER SEALING ADMINISTRATIVE RECORD (DKT. 14)

Because the administrative record filed in this case contains information protected by the E-Government Act, the Court **DIRECTS** the Clerk to **SEAL** the record filed at Docket Entry 14. Counsel should refer to the Local Rules of this Court for guidance as to future filings.

It is so **ORDERED**.

The Court directs the Clerk to transmit copies of this Order to counsel of record.

DATED: January 14, 2011.

                                          /s/ Irene M. Keeley
                                          IRENE M. KEELEY
                                          UNITED STATES DISTRICT JUDGE